**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ISAAC BROOKS,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　**Case No. 4:03cv326-WS/WCS**

**JAMES V. CROSBY,
DR. PAREKH,**

    **Defendants.**
    _____/

## O R D E R

This cause has been referred to the undersigned upon referral from the clerk. Pending is Plaintiff's amended civil rights complaint filed pursuant to 42 U.S.C. § 1983, doc. 14.  On January 12, 2005, the court ordered service.  Doc. 20.  On April 7, 2005, Defendants filed a motion for extension of time to file an Answer, doc. 22, which was granted in this court's order entered April 11, 2005, doc. 23, and Defendant's were given until May 9, 2005, to file an Answer.  On April 27, 2005, Plaintiff's copy of that order was returned undelivered to the clerk and the envelope indicates that Plaintiff was released from custody.  A check with the Department of Corrections reveals that the Plaintiff was released on January 21, 2005.  A further check with his supervising probation office revealed that he is in a Rehabilitation Center undergoing treatment.

The plaintiff bears the burden of going forward with his case.  Likewise, every party to a civil action of this nature bears the responsibility of keeping the court apprised of his current whereabouts.  It appears that plaintiff has been released from incarceration and it may be that he no longer wishes to pursue this civil rights action and has simply abandoned it.  Nonetheless, in an abundance of caution, it appears that the court should afford the plaintiff one final opportunity to demonstrate his intent to prosecute this action.

Accordingly, it is ORDERED:

1.  The clerk of the court is hereby directed to forward a copy of this order to the Plaintiff, in care of his supervising probation officer, at the following address:

> Mr. Isaac Brooks
> c/o Mr. Ben Gilliam
> 3520 W. Broward Blvd.
> Suite 210
> Ft. Lauderdale, FL 33312

2.  The Plaintiff shall have until May 16, 2005, in which to advise the court whether or not he wishes to pursue this lawsuit.

3.  Defendant's time for filing an Answer to the complaint is **STAYED** pending Plaintiff's response.  Plaintiff's failure to file a response to this order will result in a recommendation that this case be dismissed for his failure to prosecute.

**DONE AND ORDERED** on May 2, 2005.

 S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**